STATE OF NEW JERSEY v. BJORNE (BJARNE) HANSEN.

September 23, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. ARTHUR TURNER.

September 23, 1976. Petition for certification granted.

ERVIN F. VICICH v. FORD MOTOR CO.

September 23, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. FRANK SERI.

September 23, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. CLARK E. SQUIRE.

September 23, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES L. SPIKES.

September 23, 1976. Petition for certification denied.